UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY "HOLLY" LAMAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-00747 |
| | ) Jury Demanded |
| RUSSELL "RUSTY" BOLES, MATTHEW NORMAN, and DARREN RIDER, | ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

The parties respectfully ask the Court to reschedule the initial case management conference currently scheduled for March 11, 2024, beginning at 2:00 p.m. In support of this motion, the parties would show that lead counsel for both the Plaintiff and Defendants have prior commitments that have them out of the state for the entire week of March 11, 2024. The parties have conferred and are available the afternoon of either March 4, 2024 or March 18, 2024 for a rescheduled case management conference if either of those dates are convenient for the Court.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Meghan Murphy
MEGHAN MURPHY, BPR #34061
Senior Assistant Attorney General
PEAKO JENKINS, BPR #32190
Assistant Attorney General
DAWN JORDAN, BPR #20383
Special Counsel
P.O. Box 20207
Nashville, Tennessee 37202-0207
Office: 615-253-3890
Fax: 615-532-2541
meghan.murphy@ag.tn.gov
peako.jenkins@ag.tn.gov
dawn.jordan@ag.tn.gov
*Attorneys for Defendants*


s/ Benjamin Raybin (w/ permission)
BENJAMIN K. RAYBIN, BPR #29350
DAVID J. WEISSMAN, BPR #25188
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, TN 37219
Office: (615)256-6666
Fax: (615)254-4254
BRaybin@NashvilleTNLaw.com
DWeissman@NashvilleTNLaw.com
*Attorneys for Plaintiff*

2